ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 NOV -8 AM 9:00
CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| PIETRO PASTORE, | * |
| Plaintiff, | * |
| v. | * CV 316-075 |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, | * |
| Defendant. | * |

## ORDER

On November 3, 2016, the parties filed a "Stipulation of Dismissal," indicating that they had reached a settlement. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(II), **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 8TH day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE